Commonwealth *v.* Hicklen, Appellant.

Submitted April 17, 1972. Before JONES, C. J., EA-GEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*V. Clayton McQuiddy, III,* Assistant Public Defender, for appellant.

*Thomas G. Gavin,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1972:
Judgment of sentence affirmed.